**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :            17 CR 447 (VM)
          -against-                :               ORDER
                                   :
NOAM HALPERT,                      :
                                   :
                    Defendant.     :
---------------------------------------------X
```

┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: 12/14/2021          │
└─────────────────────────────────┘

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Government, with the consent of counsel for Defendant (see Dkt. No. 110), requests that the status conference currently scheduled for December 17, 2021 be rescheduled. The conference shall be scheduled for Friday March 25, 2022 at 10:00 a.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until March 25, 2022.

It is hereby ordered that time until March 25, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          14 December 2021

_____
                    Victor Marrero
                    U.S.D.J.