```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :      ORDER
     - v. -                      :
                                 :      S1 17 Cr. 447 (VM)
NOAM HALPERT,                    :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2022

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 7, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         1 December, 2022

Victor Marrero
U.S.D.J.