**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 8, 2023

**VIA ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2023

Re:  **United States v. Noam Halpert**
     **17 Cr. 447 (VM)**

Dear Judge Marrero:

    I write on behalf of my client, Noam Halpert, to request a 45-day adjournment of Mr. Halpert's sentencing proceeding which is currently scheduled for February 24, 2023. As it stands, the sentencing submission is currently due on February 10, 2023; however, the defense requires additional time to prepare the sentencing submission. An adjournment will allow the defense to continue to collect necessary documents and prepare a sentencing submission that will ensure Mr. Halpert receives the effective assistance of counsel at sentencing. I have conferred with AUSA Matthew Podolsky and he has no objection this request.

Respectfully submitted,

/s/
Marisa K. Cabrera
Assistant Federal Defender
(917) 890-7612



Request GRANTED. The sentencing of Noam Halpert is hereby adjourned from February 24, 2023 to Friday, May 12, 2023 at 11:00 AM.

SO ORDERED.

2/9/2023
DATE

VICTOR MARRERO, U.S.D.J.