**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 21, 2023

<u>VIA ECF</u>
Honorable Judge Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2023

Re: <u>United States v. Noam Halpert</u>
    17 Cr. 447 (VM)

Dear Judge Marrero:

    I write on behalf of my client Noam Halpert to respectfully request that the Court modify Mr. Halpert's travel restrictions on his bond to allow him to travel to Belgium with his family from April 28, 2023 through May 3, 2023. I have spoken with AUSA Matthew Podolsky as well as Pretrial Services Officer Shannon Finneran regarding this request – they take no position as to this request.

    Mr. Halpert has remained on pretrial supervision since his arrest in 2017. Over the past five years, Mr. Halpert has remained complaint with the terms of his supervised release and has previously traveled internationally on more than one occasion without issue. Given Mr. Halpert's history of compliance and successful international travel while under pretrial supervision, the defense requests that Mr. Halpert be afforded permission to travel to Belgium with his family.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730



Request GRANTED. The Court hereby authorizes defendant Halpert's travel to Belgium for the purpose and on the terms and conditions represented above.

SO ORDERED.

4/24/2023
DATE

VICTOR MARRERO, U.S.D.J.