**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/23

UNITED STATES,

        - against -

NOAM HALPERT,

              Defendant.

17-CR-0447 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby authorizes the parties to file unredacted versions of their sentencing submissions under seal. The Court further authorizes the filing of redacted public copies.

**SO ORDERED.**

Dated:    15 May, 2023
            New York, New York

                                        Victor Marrero
                                        U.S.D.J.