```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

           - against -

NOAM HALPERT,

           Defendant.

17-CR-0447 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby grants the Defendant's request for referral of this matter to Magistrate Judge Reznik to be considered with related proceedings pending before Magistrate Judge Reznik concerning the Defendant.

**SO ORDERED.**

Dated:    December 9, 2024
            New York, New York

                                              _____
                                              Victor Marrero
                                                U.S.D.J.