```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

              - against -

NOAM HALPERT,

                     Defendant.

**17 Cr. 447(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The initial VOSR conference in this matter is hereby scheduled for March 14, 2025, at 1:00 pm.

**SO ORDERED.**

Dated:    January 6, 2025
             New York, New York

                                                _____
                                                    Victor Marrero
                                                       U.S.D.J.