UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

- against -

NOAM HALPERT,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2025

17-CR-0447 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby adjourns the status conference scheduled on June 13, 2025, at 1:00 pm, as the action alleging Defendant's violation of the terms of his probation has been transferred to Judge Seibel. (See Dkt. No. 192.)

**SO ORDERED.**

Dated:    9 May 2025
           New York, New York

                                              Victor Marrero
                                                U.S.D.J.