UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

NOAM HALPERT,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/12/2025

**FINAL ORDER OF FORFEITURE**

S1 17 Cr. 447 (VM)

WHEREAS, on or about March 13, 2025, this Court entered a Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 186), which ordered the forfeiture to the United States of all right, title and interest of NOAM HALPERT (the "Defendant") in the following property:

    a.  2.38998082 Bitcoin (BTC);

    b.  2.38998082 Bitcoin Cash (BCH); and

    c.  2.38998082 Bitcoin Satoshi's Vision (BSV)

(a. through c., collectively, the "Specific Property");

WHEREAS, in or about February and March 2017, the Government seized the Specific Property from the Defendant (the "Forfeited Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Forfeited Property, and the requirement that any person asserting a legal interest in the Forfeited Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

notice to any person known to have an alleged interest in the Forfeited Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeited Property before the United States can have clear title to the Forfeited Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Forfeited Property was posted on an official government internet site (www.forfeiture.gov) beginning on September 27, 2025 for thirty (30) consecutive days, through October 26, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 11, 2025 (D.E. 198);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeited Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeited Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Forfeited Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Property.

3.    The United States Customs and Border Protection (or its designee) shall take possession of the Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York

        December 12    , 2025

                                   SO ORDERED:

                                   _____
                                   HONORABLE VICTOR MARRERO
                                   UNITED STATES DISTRICT JUDGE